NEWSOME v. COLUMBUS RAILROAD COMPANY.

BECK, J.   While the evidence in this case would have authorized the jury
to return a verdict for a much larger sum than that actually awarded
in favor of the plaintiff, it can not be said that the evidence required
a verdict for a larger amount, nor that the amount awarded was so
small as to show bias and prejudice on the part of the jury.
                    *Judgment affirmed.   All the Justices concur.*
                    APRIL 15, 1916.

    Action for damages.   Before Judge Gilbert.   Muscogee superior
court.   July 24, 1915.
    *T. T. Miller,* for plaintiff.
    *F. U. Garrard, A. S. Bradley,* and *A. W. Cozart,* for defendant.